UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **EAZYPOWER CORPORATION,** | ) | |
| | ) | Civil Action No.: 1:10-cv-00713 |
| **PLAINTIFF,** | ) | |
| | ) | Assigned Judge: John W. Darrah |
| **V.** | ) | |
| | ) | Designated |
| **THE M.K. MORSE COMPANY,** | ) | Magistrate Judge: Susan E. Cox |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

**JOINT STATEMENT REGARDING PARTICIPATION IN THE
VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES**

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

○   A. The undersigned will participate in the Court's mediation program.

○   B. The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

✗   C. The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement.

○   D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached)


  _/s/Jody L. Factor_____          _/s/ Janet M. Garetto_____
  Signature of Plaintiff's Counsel              Signature of Defendant's Counsel


  __04/07/10_____         __04/07/10_____
  Date                                          Date

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **EAZYPOWER CORPORATION,** ) | |
| ) | Civil Action No.: 1:10-cv-00713 |
| **PLAINTIFF,** ) | |
| ) | Judge: John W. Darrah |
| V. ) | |
| ) | Magistrate Judge: Susan E. Cox |
| **THE M.K. MORSE COMPANY,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

**ATTACHMENT TO JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES**

Although the parties are not opposed to participating in the Court's mediation program, Plaintiff believes that participation at this stage in the litigation is premature. Defendant strongly supports participation in the Court's mediation program at this time. The parties are continuing to discuss the possibility of early mediation with the Court.

Dated: April 7, 2010

| | |
|---|---|
| By /s/Jody L. Factor | By: /s/ Janet M. Garetto |
| Jody L. Factor (IL Bar No. 6198261) | Janet M. Garetto (IL Bar No. 6242948) |
| Patrick J. Smith (IL Bar No. 6284418) | R. Mark Halligan (IL Bar No. 6200723) |
| FACTOR & LAKE, LTD. | NIXON PEABODY, LLP |
| 1327 W. Washington Blvd., Suite 5G/H | 300 South Riverside Plaza, 16th Floor |
| Chicago, Illinois 60607 | Chicago, Illinois 60606 |
| Telephone: (312) 226-1818 | Telephone: (312) 425-3900 |
| Facsimile: (312) 226-1919 | Facsimile: (312) 425-3909 |
| Email: jfactor@factor-lake.com | Email: jgaretto@nixonpeabody.com |
| psmith@factor-lake.com | rmhalligan@nixonpeabody.com |